Case: 1:23-mj-00116
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 06/05/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On Sunday, June 4th, 2023, Officer Khanh Nguyen and Officer Anel Salkanovic were in full uniform, in a marked MPD cruiser and patrolling in PSA 704 near 2235 Savannah Terrace SE, Washington, D.C.  While patrolling, officers were checking alleys, parking lots, and conducting checks of buildings.  Officers observed a large group of people congregating in front of 2235 Savannah Terrace SE.  Individuals in this group appeared to be listening to loud music, smoking marijuana, and drinking alcohol on the street in front of 2235 Savannah Terrace SE.  Officers approached the group.  As they did, an individual later identified as Tyron Anthony Hines B/M DOB: 12/27/1991, hereinafter referred to as Defendant Hines, started walking away from the group with his body turned away from the officers.  While the rest of the group continued dancing and singing, Defendant Hines quietly separated himself from the crowd with his head down and a pink hat on.

Officers continued to monitor Defendant Hines as he walked away from the group in the parking lot.  Officer Nguyen attempted to get Defendant Hines' attention by saying "yo," to him.  Defendant Hines ignored him and attempted to walk behind a black SUV, in what appeared to be an attempt to conceal himself.  Officer Nguyen approached the vehicle behind which Defendant Hines was crouched.  He observed Defendant Hines in a crouched position with his arm extended as if Hines was attempting to discard something.  As he observed Defendant Hines with his arm extended, Officer Nguyen heard a metallic object strike the concrete ground. Officer Nguyen then observed a firearm in the immediate location under the black SUV where he had observed Defendant Hines extending his arm.  Officer Nguyen immediately alerted Officer Salkanovic.  Defendant Hines stood up and ran away, and Officer Salkanovic pursued him.  Officer Nguyen began to pursue Hines as well but stopped and remained with the firearm.  Officer Salkanovic pursued Defendant Hines to the rear of 2106 Savannah Terrace Southeast where Defendant Hines was given loud verbal commands to show his arms. Shortly after, Officer Salkanovic placed Defendant Hines in custody.

The recovered firearm appeared to be a black Smith and Wesson MP9 M2.0, bearing serial number NBK3472. Crime scene technicians responded to the scene and collected the firearm. The recovered firearm had 11 rounds of ammunition, including one round in the chamber. The magazine attached to the firearm had a 17-round capacity.

Search incident to arrest revealed Defendant Hines to be in possession of 20 blue pills with the letter M and the number 30 on the other side. A query on Drugs.com revealed that the seized pills are identified as fentanyl. Officers also discovered a bag of white rock-like substance that weighed approximately 26 grams. The white rock-like substance was field tested and indicated a positive result for crack/cocaine. Officers also recovered $920 in a variety of denominations from Hines' right pants pocket.  Officers did not recover any pipe or other paraphernalia used to consume the recovered narcotics.  Based on the quantity of narcotics, the absence of use paraphernalia, and the recovered $920, it appears that Defendant Hines possessed these narcotics with the intent to distribute rather than for personal use.

An NCIC/WALES query (1502647406) of the recovered firearm revealed that the listed firearm was unregistered. The firearm was also listed as stolen out of PG County on 3/10/2020 (20-0014068 Report).

There are no firearm or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case traveled in interstate commerce. Defendant Hines has previously been convicted of offenses carrying a maximum term of imprisonment of greater than one year. Specifically, on April 13, 2018, Defendant Hines was sentenced in D.C. Superior Court Case No. 2017 CF2 020102 to twenty-four months' imprisonment for Unlawful Possession of a Firearm (Prior Conviction). And, on January 11, 2021, Defendant Hines was sentenced in D.C. Superior Court Case No. 2020 FD3 003805 to eighteen months' imprisonment for Unlawful Possession of a Firearm (Prior Conviction). Therefore, the Defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER KHANH NGUYEN, BADGE NO. 4734
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of June, 2023.*

_____
HON. MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE